

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:    *George Wood v. Matthew D. Wiggins, Jr.*

Appellate case number:    01-18-00630-CV

Trial court case number:    11-CV-0336

Trial court:                        405th District Court of Galveston County


The motion for en banc reconsideration is **denied**.


It is so ORDERED.


Judge's signature: /s/ Amparo Guerra
                             ☐  Acting individually       ☒  Acting for the Court


En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.


Date: March 10, 2022